**Martial GASTON, Plaintiff–Appellant,**

v.

**Kathleen GREEN, Warden, Defendant–Appellee.**

No. 01–7885.

United States Court of Appeals, Fourth Circuit.

Submitted Feb. 14, 2002.

Decided Feb. 27, 2002.

Martial Gaston, pro se.

Before WIDENER, LUTTIG, and GREGORY, Circuit Judges.

PER CURIAM.

Martial Gaston appeals the district court's orders (1) denying relief on his 42 U.S.C.A. § 1983 (West Supp.2001) complaint; and (2) denying his subsequent motion for reconsideration. We have reviewed the record and the district court's opinions and find no reversible error. Accordingly, we affirm on the reasoning of the district court. *See Gaston v. Green,* CA–01–2596–WMN (D. Md. Sept. 21 & Oct. 4, 2001). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*